**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  09-PO-00121-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. EDDIE GARCIA, JR.,**

**Defendant.**

---

**ORDER RE: GOVERNMENT'S MOTION TO EXTEND THE TIME PERIOD WITHIN WHICH THE ORDER OF DISMISSAL MAY BE REVIEWED AND TO REVISE AND CORRECT DISMISSAL ORDER DATED MAY 7, 2009**
**[Doc. #18]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received and reviewed the Government's motion and as a result,

**IT IS HEREBY ORDERED** that the Government's motion is **GRANTED** and the Government is given until July 13, 2009 to file the request for review of the order of dismissal. Any additional documents to be filed by the Defendant regarding the motion shall be filed by July 25, 2009.

**IT IS FURTHER ORDERED** that the Trial to the Court set for August 6, 2009 at 11:00 a.m. is **VACATED**. However a hearing on the Government's motion shall be set for August 6, 2009 at 11:00 a.m. and the Defendant must appear for that hearing.

**DATED: July 6, 2009.**

                    **BY THE COURT:**

                    **s/David L. West**
                    **United States Magistrate Judge**

**CERTIFICATE OF MAILING**

  I hereby certify that on this 8th day of July , 2009, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid to the following:

Eddie Garcia, Jr.
P. O. Box 84
Manassa, Colorado 81141

                **By:**  s/Shirley W. Dills
                   **Assistant to Magistrate Judge**