**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  09-PO-00121-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  EDDIE E. GARCIA, JR.,**

**Defendant.**

---

**ORDER RE: GOVERNMENT'S MOTION TO REVISE AND
CORRECT DISMISSAL ORDER DATED MAY 7, 2009 [Doc. # 18]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Government has filed a Motion to Revise and Correct Dismissal Order dated May 7, 2009 wherein it requests the Court correct its previous Order to Dismiss, with Prejudice [Doc. #9].

On May 6, 2009, the Government filed "Government's Motion to Dismiss Violation Notice No. L0165726/65C."  The Motion referenced the Government having filed an Information dated May 1, 2009, which incorporated the same offense initially charged in the form of a Violation Notice.

The Court had erroneously informed the Government of a need to file a Motion to Dismiss the Violation Notice in spite of the fact that no such motion is required.

Attached to the Motion to Dismiss the Violation Notice was an Order of Dismissal drafted

by the Government stating, "The Court, having considered the Government's Motion to Dismiss Violation Notice No. L0165726/65C and being otherwise advised, hereby orders Violation Notice No. L0165726/65C dismissed, with prejudice. The Court signed the Order on May 7, 2009.

The Government now asks the Court to revise and correct the Order of Dismissal to reflect the dismissal of the Violation Notice to be "without" prejudice.

**THE COURT FINDS** that once a matter is decided, it is conclusive of the rights of the parties. Mistakes made by the Court and the Government resulted in a dismissal with prejudice, and as a result the dismissal with prejudice cannot be modified. The previous Order of Dismissal, with prejudice stands.

**DATED: August 6, 2009.**

                                    **BY THE COURT:**

                                    **s/David L. West**
                                    **United States Magistrate Judge**